UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-2 SAMANTHA CHRISTINE GILLIAM,

    Defendant.

No. 21-cr-20665
Hon. Terrence G. Berg

---

**Response to Defendant Gilliam's
Motion to Suppress Statement (ECF No. 39)**

---

Defendant Samantha Gilliam filed a motion to suppress her March 3, 2022 statement. (ECF No. 39, PageID 174–181.) The government does not believe that the FBI violated Gilliam's constitutional rights during her interview. However, the government will not introduce Gilliam's statements from her March 2022 interview during its case-in-chief at trial. The government reserves the right to use Gilliam's statements for other reasons, such as to impeach Gilliam

if she chooses to testify. *See, e.g., James v. Illinois*, 493 U.S. 307 (1990) (even illegally obtained evidence may be used to impeach a witness).

Given the government's position, the Court need not reach the merits of Defendant's claims regarding her March 2022 interview. The government has discussed its position with Gilliam's attorney, who agrees that the Court need not decide the motion.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        *s/Sara D. Woodward*
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Phone: (313) 226-9180
        E-Mail: sara.woodward@usdoj.gov

        *s/Tara Mathena Hindelang*
        Tara Mathena Hindelang
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        tara.hindelang@usdoj.gov
        (313) 226-9543

Dated: April 28, 2023

## Certificate of Service

I certify that on April 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                    Maria Mannarino
Attorney for Defendant Samantha Gilliam

                    s/*Sara D. Woodward*
                    Sara D. Woodward
                    Assistant U.S. Attorney
                    U.S. Attorney's Office