UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-20665 |
| Plaintiff, | Hon. Terrence Berg |
| v. | Violations: 18 U.S.C. § 1591(a)(1) |
| | 21 U.S.C. § 856 |
| D-1 QUIYEMABI SUMMERLIN, | 18 U.S.C. § 922(g)(1) |
| a/k/a "Q" and "Black," | 18 U.S.C. § 1594(a), (c) |
| D-2 SAMANTHA CHRISTINE GILLIAM, | 21 U.S.C. § 841(a)(1) |
| Defendants. / | FILED USDC - CLRK DET
2023 MAY 24 PM 2:20 |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### GENERAL ALLEGATIONS

At all times relevant to this Second Superseding Indictment:

A woman, Adult Victim One, whose identity is known to the Grand Jury, was the victim of the crimes alleged in Counts One and Two. Adult Victim One was a resident of the Eastern District of Michigan and was over the age of eighteen.

A woman, Adult Victim Two, whose identity is known to the Grand Jury, was the victim of the crimes alleged in Counts One, Three, and Four. Adult Victim

1

Two was a resident of the Eastern District of Michigan and was over the age of eighteen.

A woman, Adult Victim Three, whose identity is known to the Grand Jury, was the victim of the crimes alleged in Counts One and Five. Adult Victim Three was a resident of the Eastern District of Michigan and was over the age of eighteen.

A woman, Adult Victim Four, whose identity is known to the Grand Jury, was the victim of the crimes alleged in Counts One and Six. Adult Victim Four was a resident of the Eastern District of Michigan and was over the age of eighteen.

A woman, Adult Victim Five, whose identity is known to the Grand Jury, was the victim of the crimes alleged in Count One and Seven. Adult Victim Five was a resident of the Eastern District of Michigan and was over the age of eighteen.

A woman, Adult Victim Six, whose identity is known to the Grand Jury, was the victim of the crimes alleged in Count One and Eight. Adult Victim Six was a resident of the Eastern District of Michigan and was over the age of eighteen.

A woman, Adult Victim Seven, whose identity is known to the Grand Jury, was the victim of the crimes alleged in Count One and Nine. Adult Victim Seven

was a resident of the Eastern District of Michigan and was over the age of eighteen.

## COUNT ONE
18 U.S.C. § 1594(c)
*Conspiracy to Engage in Sex Trafficking*

D-1   QUIYEMABI SUMMERLIN
D-2   SAMANTHA CHRISTINE GILLIAM

From in or around August 2019, through on or about October 14, 2021, in the Eastern District of Michigan, Southern Division, the defendants, QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM, did knowingly and intentionally conspire and agree with each other, in and affecting interstate and foreign commerce, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, and benefit financially and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained one or more persons, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion or any combination of such means would be used to cause one or more persons to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (a)(2); all in violation of 18 U.S.C. § 1594(c).

## COUNT TWO
18 U.S.C. § 1591(a)(1)
*Sex Trafficking by Force, Fraud, or Coercion*

D-1 QUIYEMABI SUMMERLIN
D-2 SAMANTHA CHRISTINE GILLIAM

From in or around August 2019, through in or around April 2020, in the Eastern District of Michigan, Southern Division, the defendants, QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Adult Victim One, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Adult Victim One to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

## COUNT THREE
18 U.S.C. § 1591(a)(1)
*Sex Trafficking by Force, Fraud, or Coercion*

D-1 QUIYEMABI SUMMERLIN

From on or about October 12, 2019, through on or about October 21, 2019, in the Eastern District of Michigan, Southern Division, the defendant, QUIYEMABI SUMMERLIN, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Adult Victim Two, knowing and in reckless disregard of

the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Adult Victim Two to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

## COUNT FOUR
18 U.S.C. § 1591(a)(1)
*Sex Trafficking by Force, Fraud, or Coercion*

D-1   QUIYEMABI SUMMERLIN

From in or around February 2020, through in or around March 2020, in the Eastern District of Michigan, Southern Division, the defendant, QUIYEMABI SUMMERLIN, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Adult Victim Two, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Adult Victim Two to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

## COUNT FIVE
18 U.S.C. § 1591(a)(1), 1594(a)
*Attempted Sex Trafficking by Force, Fraud, or Coercion*

D-1   QUIYEMABI SUMMERLIN

From on or about February 14, 2020, through on or about February 19, 2020, in the Eastern District of Michigan, Southern Division, the defendant, QUIYEMABI SUMMERLIN, in and affecting interstate and foreign commerce,

did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain by any means Adult Victim Three, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Adult Victim Three to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

### **COUNT SIX**
18 U.S.C. § 1591(a)(1)
*Sex Trafficking by Force, Fraud, or Coercion*

D-1   QUIYEMABI SUMMERLIN
D-2   SAMANTHA CHRISTINE GILLIAM

From in or around October 2020, through in or around January 2021, in the Eastern District of Michigan, Southern Division, the defendants, QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Adult Victim Four, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Adult Victim Four to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

## COUNT SEVEN
18 U.S.C. § 1591(a)(1)
*Sex Trafficking by Force, Fraud, or Coercion*

D-1   QUIYEMABI SUMMERLIN
D-2   SAMANTHA CHRISTINE GILLIAM

From in or around November 2020, through in or around May 2021, in the Eastern District of Michigan, Southern Division, the defendants, QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Adult Victim Five, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Adult Victim Five to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

## COUNT EIGHT
18 U.S.C. § 1591(a)(1)
*Sex Trafficking by Force, Fraud, or Coercion*

D-1   QUIYEMABI SUMMERLIN
D-2   SAMANTHA CHRISTINE GILLIAM

From on or about October 30, 2020, through on or about October 14, 2021, in the Eastern District of Michigan, Southern Division, the defendants, QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored,

transported, provided, obtained, and maintained by any means Adult Victim Six, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Adult Victim Six to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

## COUNT NINE
18 U.S.C. § 1591(a)(1)
*Sex Trafficking by Force, Fraud, or Coercion*

D-1     QUIYEMABI SUMMERLIN

From on or about October 11, 2021, through on or about October 14, 2021, in the Eastern District of Michigan, Southern Division, the defendant, QUIYEMABI SUMMERLIN, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Adult Victim Seven, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Adult Victim Seven to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

## COUNT TEN
21 U.S.C. § 856
*Maintaining a Drug Premises*

D-1     QUIYEMABI SUMMERLIN
D-2     SAMANTHA CHRISTINE GILLIAM

From on or about October 12, 2019, through on or about October 14, 2021, in the Eastern District of Michigan, Southern Division, the defendants, QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM, did unlawfully and knowingly use and maintain a place located at 19151 Berden, Detroit, Michigan, for the purpose of distributing and using controlled substances (to wit: heroin, fentanyl and cocaine base), in violation of 21 U.S.C. § 856(a)(1).

### COUNT ELEVEN
21 U.S.C. § 841(a)(1)
*Possession with Intent to Distribute Heroin*

D-1   QUIYEMABI SUMMERLIN

On or about October 14, 2021, in the Eastern District of Michigan, Southern Division, the defendant, QUIYEMABI SUMMERLIN, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT TWELVE
21 U.S.C. § 841(a)(1)
*Possession with Intent to Distribute Fentanyl*

D-1   QUIYEMABI SUMMERLIN

On or about October 14, 2021, in the Eastern District of Michigan, Southern Division, the defendant, QUIYEMABI SUMMERLIN, did knowingly and intentionally possess with the intent to distribute a detectable amount of N-phenyl-

9

N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT THIRTEEN
21 U.S.C. § 841(a)(1)
*Possession with Intent to Distribute Cocaine*

D-1  QUIYEMABI SUMMERLIN

On or about October 14, 2021, in the Eastern District of Michigan, Southern Division, the defendant, QUIYEMABI SUMMERLIN, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT FOURTEEN
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-1  QUIYEMABI SUMMERLIN

On or about October 14, 2021, in the Eastern District of Michigan, Southern Division, the defendant, QUIYEMABI SUMMERLIN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one (1) Stevens Arms Company 12-gauge shotgun, Model 620, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

18 U.S.C. § 1594, 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Counts One through Fourteen of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 1594, 21 U.S.C. § 853, and 18 U.S.C. § 924(d), together with 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense charged in Count One of this Second Superseding Indictment in violation of 18 U.S.C. § 1594(c), the defendants QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM, shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offenses, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any property traceable to such property.

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense in violation of 18 U.S.C. § 1591(a)(1), the defendants QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense(s), and any property traceable

11

to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense(s), and any property traceable to such property.

Pursuant to 21 U.S.C. § 853(a), upon conviction of the offense charged in Count Ten of this Second Superseding Indictment in violation of 21 U.S.C. § 856, the defendants, QUIYEMABI SUMMERLIN and SAMANTHA CHRISTINE GILLIAM, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), the defendant QUIYEMABI SUMMERLIN, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

Upon conviction of the offense set forth in Count Fourteen of this Second Superseding Indictment, the defendant, QUIYEMABI SUMMERLIN, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the knowing commission of the

offenses, including but not limited to, one Stevens Arms Company 12-gauge shotgun, Model 620, and any ammunition contained within the firearm.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). The forfeiture in this case may also include entry of

a forfeiture money judgment.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Daniel Hurley*
DANIEL HURLEY
Chief, Criminal Division

*s/Sara D. Woodward*
SARA D. WOODWARD
Assistant United States Attorney

*s/Tara M. Hindelang*
TARA M. HINDELANG
Assistant United States Attorney

Dated: May 24, 2023

14

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>21-CR-20665 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: SDW |

**Case Title:** USA v. Summerlin et al

**County where offense occurred:** Wayne

**Check One:**   ☐ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
✓ Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 21-cr-20665    **Judge:** Terrence G. Berg

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| Quiyemabi Summerlin<br>Samantha Christine Gilliam | 21 USC 841(a)(1)<br>21 USC 856 | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 24, 2023
Date

*/s/ Sara Woodward*

Sara Woodward
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9180
Fax:    313-226-3561
E-Mail address: sara.woodward@usdoj.gov
Attorney Bar #: P73784

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.