**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        Plaintiff,                        Case No 21-CR-20665
                                                Hon. Terrence G. Berg

**D-2 SAMANTHA GILLIAM,**

        Defendant.
_____/

**MOTION TO WITHDRAW [ECF 39] MOTION AND BRIEF IN SUPPORT OF MOTION TO SUPRESS STATEMENTS MADE IN VIOLATION OF MS. GILLIAM'S 5TH AMENDMENT RIGHT TO REMAIN SILENT**

Now Comes Maria Mannarino on behalf of Ms. Samantha Gilliam and moves this Honorable Court to withdraw [ECF 39] and in support states the following:

1. On April 3, 2023 undersigned filed a Motion and brief in support of motion to suppress statements made in violation of Ms. Gilliam's 5th Amendment Right to Remain Silent [ECF 39].

2. On April 28, 2023 the government filed it's response to ECF 39 and stated they have no objection to the relief requested.

Respectfully submitted,

*s/ Maria Mannarino*
Maria Mannarino
Attorney for Ms. Gilliam
500 Griswold St., Suite 2450
Detroit, MI 48226
248-761-7347
mmannarino@comcast.net

Dated: May 24, 2023

## Certificate of Service

I certify that on May 24, 2023, I filed a copy of the foregoing document upon the Clerk of the Court using the ECF filing system, and such motion and brief will be sent to all attorneys of record.

*s/ Maria Mannarino*
Maria Mannarino