UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **SAMANTHA CHRISTINE GILLIAM, D-2,** Defendant. | 2:21-CR-20665-TGB-KGA HON. TERRENCE G. BERG **ORDER GRANTING DEFENDANT'S MOTION TO DELAY VOLUNTARY SELF-SURRENDER (ECF NO. 85)** |

On November 21, 2024, this Court sentenced Defendant Samantha Christine Gilliam to serve a term of 96 months in the custody of the Federal Bureau of Prisons ("BOP"). ECF No. 82. At the sentencing, Gilliam requested that the Court delay her voluntary self-surrender until after the graduation of her daughter from high school. The Court indicated that Gilliam should bring the matter to the Court's attention following receipt of a surrender date.

Gilliam now reports that, on January 6, 2025, she learned that the BOP has scheduled her voluntary surrender date for January 25, 2025. Gillam requested a stipulation to continue the surrender date. Gillian states that the government does not consent to a continuation but would not take a position on Gilliam's motion.

On January 8, 2025, Gilliam filed the instant Motion to Delay Voluntary Self-Surrender. ECF No. 85. She requests a delay in her voluntary self-surrender to the BOP from January 25, 2025 to a date

1

after June 25, 2025, to allow Gilliam to attend her daughter's high school graduation and make necessary arrangements for her daughter's continued college education. *Id.*

Upon careful consideration of Gilliam's motion, the Court will **GRANT** Gilliam's Motion to Delay Self-Surrender, ECF No. 85, and **ORDER** that Gilliam's surrender date to the Federal BOP be delayed to a date after June 25, 2025.

**IT IS SO ORDERED.**

Dated: January 9, 2025    /s/Terrence G. Berg
                          HON. TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE